BENJAMIN B. WAGNER
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DWAYNE EARL DEE CASTEEL,<br><br>Defendant. | CASE NO. 1:14-CR-206-LJO-SKO<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

## BACKGROUND

This matter is currently scheduled for a status conference on **April 20, 2015**. On April 3, 2015, the Court's Deputy informed the parties that there will be no status conferences heard on the originally-scheduled date, and provided the parties with proposed alternate dates. The parties have conferred and now request that the status conference be continued to **May 4, 2015**. Counsel agree that time should be excluded under the Speedy Trial Act for defense preparation, plea negotiation, and continuity of counsel.

A proposed order appears below.

//

//

//

//

1

# STIPULATION AND ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the status conference currently set for April 20, 2015, be continued to May 4, 2015.

Time shall be excluded under the Speedy Trial Act for defense preparation, plea negotiation, and continuity of counsel. The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: April 8, 2015          By:     /s/ Michael G. Tierney
                                       Michael G. Tierney
                                       Assistant United States Attorney


DATED: April 8, 2015          By:     /s/ Marc Days
                                       Marc Days
                                       Attorney for Dwayne Earl Dee Casteel


# O R D E R

IT IS SO ORDERED.

Dated:   **April 8, 2015**                    /s/ **Sheila K. Oberto**
                                       UNITED STATES MAGISTRATE JUDGE