BENJAMIN B. WAGNER
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>DWAYNE EARL DEE CASTEEL,<br><br>            Defendant. | CASE NO.  1:14-CR-00206-LJO<br><br>**FINAL ORDER OF FORFEITURE** |

WHEREAS, on November 3, 2015, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Dwayne Earl Dee Casteel forfeiting to the United States the following property:

   a. Samsung cellular phone, serial number RQEZ197594W, seized from defendant by law enforcement on or about August 20, 2014, including all data and media contained therein;

   b. SanDisk Micro SD card, seized from defendant by law enforcement on or about August 20, 2014, including all data and media contained therein.

AND WHEREAS, beginning on November 6, 2015, for at least 30 consecutive days,

Final Order of Forfeiture                        1

1  the United States published notice of the Court's Order of Forfeiture on the official
2  internet government forfeiture site www.forfeiture.gov.  Said published notice advised all
3  third parties of their right to petition the Court within sixty (60) days from the first day of
4  publication for a hearing to adjudicate the validity of their alleged legal interest in the
5  forfeited property;

6      AND WHEREAS, the Court has been advised that no third party has filed a claim
7  to the subject property and the time for any person or entity to file a claim has expired.

8      Accordingly, it is hereby ORDERED and ADJUDGED:

9      1.  A Final Order of Forfeiture shall be entered forfeiting to the United
10  States of America all right, title, and interest in the above-listed property pursuant to 18
11  U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of
12  Dwayne Earl Dee Casteel.

13      2.  All right, title, and interest in the above-listed property shall vest
14  solely in the name of the United States of America.

15      3.  The Department of Homeland Security, Immigration Customs
16  Enforcement or Customs and Border Protection, shall maintain custody of and control over
17  the subject property until it is disposed of according to law.

20  IT IS SO ORDERED.

21      Dated:  **January 19, 2016**      **/s/ Lawrence J. O'Neill**
22                                                        UNITED STATES DISTRICT JUDGE